IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 1:18-CR- 10 |
| | § | |
| v. | § | Crone/ Hawthorn |
| | § | |
| EDUARDO LOYA-RODRIGUEZ, (1) | § | |
| MARTHA HERNANDEZ, (2) | § | |
| JOSE EMMANUEL JIMENEZ- | § | |
|    CARRERA (3) | § | |
| LEANDRO CORTEZ-ZAMORA, (4) | § | |
| SILVIA SOSA-NUNEZ, (5) and | § | |
| JOSEPH FAIN (6) | § | |

## NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the

Honorable Marcia Crone to whom the following related case was assigned:

USA v. RICHARD WILLIAM JONES and RONNY JOE BARTZ (1:16-CR-49)

USA v. DAVID WARREN CHILDRESS (1:16-CR-72)

USA v. FABIAN PAREDES ALVAREZ, ET AL (1:16-CR-73)

USA v. CHRISTOPHER WADE FERRELL, ET AL (1:16-CR-96)

USA v. JEFFREY CLIVE ARNOLD, ET AL (1:17-CR-17)

USA v. SARAH ALRED, ET AL (1:17-CR-69)

USA v. CHRISTOPHER LOUIS ARELLANO, ET AL (1:17-CR-121)

In giving this written notice to the Court and Clerk, I certify that this request for

specific judge assignment in lieu of random draw is solely for the intent and purpose

specified in General Order No. 92-15.

Signed this 7th day of February, 2018.

Respectfully submitted,

ALAN R. JACKSON
UNITED STATES ATTORNEY

Michelle S. Englade
Assistant U. S. Attorney