IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | No. 1:18-CR-10 |
| v. | § | Judge Marcia Crone |
| | § | |
| EDUARDO LOYA-RODRIGUEZ, et al | § | |

### ORDER TO UNSEAL INDICTMENT UPON ARREST

The Court, after having considered the government's motion to unseal indictment, and finding it to be meritorious, GRANTS said motion.

IT IS THEREFORE ORDERED that upon the arrest of each individual defendant in the above referenced cause, the indictment shall be unsealed to the extent necessary to disclose each particular individual's inclusion within the indictment.

SIGNED this 21st day of February, 2018.

_____
Zack Hawthorn
United States Magistrate Judge